UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-015 |
| | ) | |
| THOMAS BRANDON CORBIN | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**A. Brooke Jennings** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT A. Brooke Jennings** be granted leave of absence for the following periods:  **June 17, 2019 through June 24, 2019.**

This 29th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA